

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | |
|---|---|
| JESUS MARIO DE LA O, ) | |
| ) | Criminal Action No. 5:09-cr-00042-1 |
| Petitioner, ) | Civil Action No. 5:11-cv-80338 |
| ) | |
| v. ) | **ORDER** |
| ) | |
| UNITED STATES OF AMERICA, ) | By: Hon. Glen E. Conrad |
| ) | Chief United States District Judge |
| Respondent. ) | |

In accordance with the accompanying memorandum opinion, it is now

**ORDERED**

as follows:

1. The petition for writ of habeas corpus filed by the petitioner shall be and hereby is **DISMISSED** and **STRICKEN** from the active docket of the court; and

2. A certificate of appealability is **DENIED**.

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to the petitioner and counsel of record for the respondent.

ENTER: This 28th day of July, 2011.

_____
Chief United States District Judge